UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., and JANE DOE, individually, and on behalf of JAMIE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>MERCER COUNTY BOARD OF EDUCATION, MERCER COUNTY SCHOOLS, and DEBORAH S. AKERS, individually and in her official capacity as superintendent of Mercer County Schools,<br><br>Defendants. | Civil Action No. 1:17-cv-00642 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeremiah G. Dys, Senior Counsel, First Liberty Institute, now appears on behalf of Defendants Mercer County Board of Education, Mercer County Schools, and Deborah S. Akers ("Defendants"), in the above-captioned case.

Respectfully submitted this 23rd day of February, 2017.

Dated:  February 23, 2017        **FIRST LIBERTY INSTITUTE**

                    By: /s/ Jeremiah G. Dys
                    JEREMIAH G. DYS,
                    W.Va. Bar No. 9998
                    TX Bar No. 24096415
                    jdys@firstliberty.org
                    972-941-4444
                    2001 W. Plano Pkwy.
                    Suite 1600
                    Plano, TX 75075
                    ***Attorney for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2017 I sent the foregoing NOTICE OF APPEARANCE by Certified Mail, Return Receipt Requested, and email to the following:

> Marcus B. Schneider, Esq.
> STEELE SCHNEIDER
> 428 Forbes Avenue, Suite 900
> Pittsburgh, PA 15219
> mschneider@steeleschneider.com
>
> *Attorney for Plaintiffs*

By: /s/ Jeremiah G. Dys
JEREMIAH G. DYS,
W.Va. Bar No. 9998,
TX Bar No. 24096415
jdys@firstliberty.org
972-941-4444
2001 W. Plano Pkwy.
Suite 1600
Plano, TX 75075
*Attorney for Defendants*