UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., and JANE DOE, individually, and on behalf of JAMIE DOE, <br><br> Plaintiffs, <br><br> v. <br><br> MERCER COUNTY BOARD OF EDUCATION, MERCER COUNTY SCHOOLS, and DEBORAH S. AKERS, individually and in her official capacity as superintendent of Mercer County Schools, <br><br> Defendants. | Civil Action No. 1:17-cv-00642 |

## NOTICE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that on February 23, 2017 Defendants Mercer County Board

of Education, Mercer County Schools, and Deborah S. Akers ("Defendants") offered to allow

judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Defendants did so by serving an Offer of Judgment on Plaintiffs' attorney of record by Federal

Express and email.  This offer was not and is not an admission of liability by the Defendants;

rather, it was made solely for the purpose of compromising disputed claims.

-1-

Dated:  February 23, 2017                         Respectfully submitted,

**O'MELVENY & MYERS LLP**                         **FIRST LIBERTY INSTITUTE**
MICHAEL J. WALSH, JR. (*pro hac vice*)                 By:  /s/ Jeremiah G. Dys
mwalsh@omm.com                                    HIRAM S. SASSER III (*pro hac vice*)
DAVID R. DOREY (*pro hac vice*)                   hsasser@firstliberty.org
ddorey@omm.com                                    JEREMIAH G. DYS
1625 Eye Street, N.W.                             (W.Va. Bar No. 9998; Tex. Bar No. 24096415)
Washington, DC 20006                              jdys@firstliberty.org
Tel:  (202) 383-5150                              2001 West Plano Parkway
                                                  Suite 1600
                                                  Plano, TX 75075
                                                  Tel:  (972) 941-4444

**BREWSTER, MORHOUS, CAMERON,**
**CARUTH, MOORE, KERSEY &**
**STAFFORD PLLC**
KERMIT J. MOORE (W.Va. Bar No. 2611)
kmoore@brewstermorhouse.com
418 Bland Street
P.O. Box 529
Bluefield, WV 24701
Tel:  (304) 325-9177

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February, 2017 I electronically filed the foregoing NOTICE OF OFFER OF JUDGMENT using the CM/ECF system, which will send notice to all registered users.


By:  /s/ Jeremiah G. Dys
JEREMIAH G. DYS
Attorney for Defendants