# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Bluefield
Date: 6/19/2017                                                                    Case Number 1:17-cv-00642
Case Style: Freedom From Religion Foundation Inc. et al vs. Mercer County Board of Education et al
Type of hearing Motion Hearing
Before the honorable: 2512-Faber
Court Reporter Lisa Cook                                                           Courtroom Deputy Cindy Lilly
Attorney(s) for the Plaintiff or Government Marcus Schneider


Attorney(s) for the Defendant(s) David Dorey,Jeremiah Dys,Kermit Moore,Hiram Sasser,Stephanie Taub,Michael Walsh


Law Clerk Allison Skinner                                                          Probation Officer

Trial Time



Non-Trial Time

Motions hearing (without evidence). Type: dismiss



Court Time

10:00 am   to 10:45 am
10:51 am   to 11:00 am
Total Court Time: 0 Hours 54 Minutes Non-Trial Time/Uncontested Time

Courtroom Notes

Scheduled Start: 10:00 a.m.
Actual Start: 10:00 a.m.
Court in session for hearing on motions
10:45 a.m.
Recess
10:51 a.m.
Court in session
11:00 a.m.
Court Adjourned