## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## BLUEFIELD DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCER COUNTY BOARD OF EDUCATION et al., <br><br> Defendants. | Civil Action No. 1:17-cv-00642 <br><br> Hon. David A. Faber |

### NOTICE OF WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.4, attorney David R. Dorey, counsel for Defendants Mercer County Board of Education, Mercer County Schools, and Dr. Deborah S. Akers, hereby withdraws as counsel. Mr. Dorey is leaving the firm O'Melveny & Myers LLP to take a position with the United States Department of Labor. Multiple other attorneys have appeared as counsel for these same parties, and these attorneys will still be counsel of record for these parties after this withdrawal takes effect (upon filing).

Dated: August 25, 2017

Respectfully submitted,

| | |
|---|---|
| **O'MELVENY & MYERS LLP** | **FIRST LIBERTY INSTITUTE** |
| By: */s/ David R. Dorey* | By: */s/ Jeremiah G. Dys* |
| MICHAEL J. WALSH, JR. (*pro hac vice*) | HIRAM S. SASSER III (*pro hac vice*) |
| mwalsh@omm.com | hsasser@firstliberty.org |
| DAVID R. DOREY (*pro hac vice*) | JEREMIAH G. DYS |
| ddorey@omm.com | (W.Va. Bar No. 9998; Tex. Bar No. 24096415) |
| 1625 Eye Street, N.W. | jdys@firstliberty.org |
| Washington, DC 20006 | 2001 West Plano Parkway |
| Tel: (202) 383-5150 | Suite 1600 |
| | Plano, TX 75075 |
| | Tel: (972) 941-4444 |

**BREWSTER, MORHOUS, CAMERON, CARUTH, MOORE, KERSEY & STAFFORD PLLC**

By: */s/ Kermit J. Moore*
KERMIT J. MOORE (W.Va. Bar No. 2611)
kmoore@brewstermorhouse.com
418 Bland Street
P.O. Box 529
Bluefield, WV 24701
Tel: (304) 325-9177

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August, 2017 I electronically filed the foregoing NOTICE OF WITHDRAW AS COUNSEL using the CM/ECF system, which will send notice to all registered users.

By: */s/ David R. Dorey*
DAVID R. DOREY
Attorney for Defendants