IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

FREEDOM FROM RELIGION
FOUNDATION, INC. et al.,

    Plaintiffs,

    v.                    CIVIL ACTION NO. 1:17-00642

MERCER COUNTY BOARD OF
EDUCATION et al.,

    Defendants.

## JUDGMENT ORDER

    For reasons expressed in the Memorandum Opinion and Order filed today, defendants' Motion to Dismiss the Amended Complaint is **GRANTED without prejudice**.[1]  ECF No. 25.  This action is **DISMISSED** in its entirety.

    The Clerk is **DIRECTED** to forward a certified copy of this Judgment Order to counsel of record.

    **IT IS SO ORDERED** this 14th day of November, 2017.

ENTER:

David A. Faber
Senior United States District Judge

---

[1] While defendant, Rebecca Peery, did not join defendants' motion to dismiss, see ECF No. 25, plaintiffs' claims are also not justiciable as they relate to Ms. Peery.  Therefore, plaintiffs' claims against Ms. Peery are also dismissed.