**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION**

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. et al., | Civil Action No. 1:17-cv-00642 |
| Plaintiffs, | Hon. David A. Faber |
| v. | |
| MERCER COUNTY BOARD OF EDUCATION et al., | |
| Defendants. | |

## <u>NOTICE OF WITHDRAW AS COUNSEL</u>

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.4, attorney Michael J. Walsh, Jr., counsel for Defendants Mercer County Board of Education, Mercer County Schools, and Dr. Deborah S. Akers, hereby withdraws as counsel.  After today, Mr. Walsh will no longer be affiliated with O'Melveny & Myers LLP.  Multiple other attorneys have appeared as counsel for these same parties, and these attorneys will still be counsel of record for these parties after this withdrawal takes effect (upon filing).  Attorneys from O'Melveny & Myers LLP and First Liberty Institute will continue to represent these defendants on appeal and will appear in this action in the event it is remanded to this Court.

Dated:  January 5, 2018

Respectfully submitted,

**O'MELVENY & MYERS LLP**

By:  */s/ Michael J. Walsh, Jr.*
MICHAEL J. WALSH, JR. (*pro hac vice*)
mwalsh@omm.com
1625 Eye Street, N.W.
Washington, DC 20006
Tel:  (202) 383-5150

**FIRST LIBERTY INSTITUTE**

By:  */s/ Jeremiah G. Dys*
HIRAM S. SASSER III (*pro hac vice*)
hsasser@firstliberty.org
JEREMIAH G. DYS
(W.Va. Bar No. 9998; Tex. Bar No. 24096415)
jdys@firstliberty.org
2001 West Plano Parkway
Suite 1600
Plano, TX 75075
Tel:  (972) 941-4444

**BREWSTER, MORHOUS, CAMERON, CARUTH, MOORE, KERSEY & STAFFORD PLLC**

By:  */s/ Kermit J. Moore*
KERMIT J. MOORE (W.Va. Bar No. 2611)
kmoore@brewstermorhouse.com
418 Bland Street
P.O. Box 529
Bluefield, WV 24701
Tel:  (304) 325-9177

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of January, 2018 I electronically filed the foregoing

NOTICE OF WITHDRAW AS COUNSEL using the CM/ECF system, which will send notice to

all registered users.


By:  */s/ Michael J. Walsh, Jr.*
MICHAEL J. WALSH, JR.
Attorney for Defendants