FILED: February 1, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2429
(1:17-cv-00642)
_____

ELIZABETH DEAL; JESSICA ROE

      Plaintiffs - Appellants

and

FREEDOM FROM RELIGION FOUNDATION, INC.; JANE DOE; JAMIE DOE

      Plaintiffs

v.

MERCER COUNTY BOARD OF EDUCATION; MERCER COUNTY SCHOOLS; DEBORAH S. AKERS, in her individual capacity; REBECCA PEERY, in her individual capacity

      Defendants - Appellees

_____

O R D E R
_____

The court grants the motion to relieve Brian Boyle, Esq. from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk