# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BLUEFIELD DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. et al., | Civil Action No. 1:17-cv-00642 |
| Plaintiffs, | Hon. David A. Faber |
| v. | |
| MERCER COUNTY BOARD OF EDUCATION et al., | |
| Defendants. | |

## NOTICE OF WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.4, attorney Stephanie N. Taub, counsel for Defendants Mercer County Board of Education, Mercer County Schools, and Dr. Deborah S. Akers, hereby withdraws as counsel. Multiple other attorneys have appeared as counsel for these same parties, and these attorneys will still be counsel of record for these parties after this withdrawal takes effect. Attorneys from O'Melveny & Myers LLP and First Liberty Institute continue to represent these defendants on appeal and will appear in this action in the event it is remanded to this Court.

Dated: March 21, 2018.

Respectfully submitted,

**FIRST LIBERTY INSTITUTE**

By: /s/ Jeremiah G. Dys_____
Hiram S. Sasser III (*pro hac vice*)
hsasser@firstliberty.org
Jeremiah G. Dys
(W.Va. Bar No. 9998; Tex. Bar No. 24096415)
jdys@firstliberty.org
Stephanie N. Taub (*pro hac vice*)
staub@firstliberty.org
2001 West Plano Parkway
Suite 1600
Plano, TX 75075
Tel: (972) 941-4444

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2018, I electronically filed the foregoing NOTICE OF WITHDRAW AS COUNSEL using the CM/ECF system, which will send notice to all registered users.

                                              By: /s/ Jeremiah G. Dys_____
                                              JEREMIAH G. DYS
                                              Attorney for Defendants