FILED: December 17, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2429
(1:17-cv-00642)
_____

ELIZABETH DEAL; JESSICA ROE

      Plaintiffs - Appellants

 and

FREEDOM FROM RELIGION FOUNDATION, INC.; JANE DOE; JAMIE DOE

      Plaintiffs

v.

MERCER COUNTY BOARD OF EDUCATION; MERCER COUNTY SCHOOLS; DEBORAH S. AKERS, in her individual capacity; REBECCA PEERY, in her individual capacity

      Defendants – Appellees

_____

O R D E R
_____

The Court grants Appellee Rebecca Peery's motion to be dismissed as a party to this appeal and remands Peery's Fed. R. Civ. P. 4(m) motion to the district court

for consideration in the first instance.

      Entered at the direction of the panel: Judge Motz, Judge Duncan, and Judge Quattlebaum.

                                        For the Court

                                        <u>/s/ Patricia S. Connor, Clerk</u>