FILED: January 28, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2429
(1:17-cv-00642)

_____

ELIZABETH DEAL; JESSICA ROE

      Plaintiffs - Appellants

 and

FREEDOM FROM RELIGION FOUNDATION, INC.; JANE DOE; JAMIE DOE

      Plaintiffs

v.

MERCER COUNTY BOARD OF EDUCATION; MERCER COUNTY SCHOOLS; DEBORAH S. AKERS, in her individual capacity

      Defendants - Appellees

_____

O R D E R

_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Motz, Judge Duncan, and Judge Quattlebaum.

For the Court

/s/ Patricia S. Connor, Clerk