FILED: February 5, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2429
(1:17-cv-00642)
_____

ELIZABETH DEAL; JESSICA ROE

      Plaintiffs - Appellants

 and

FREEDOM FROM RELIGION FOUNDATION, INC.; JANE DOE; JAMIE DOE

      Plaintiffs

v.

MERCER COUNTY BOARD OF EDUCATION; MERCER COUNTY SCHOOLS; DEBORAH S. AKERS, in her individual capacity

      Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered 12/17/2018, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

<u>*/s/Patricia S. Connor, Clerk*</u>