```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          AT BLUEFIELD
```

FREEDOM FROM RELIGION
FOUNDATION, INC., et al.,

    Plaintiffs,

v.                            CIVIL ACTION NO. 1:17-00642

MERCER COUNTY BOARD OF
EDUCATION, et al.,

    Defendants.

## ORDER

Pursuant to the mandate of the United States Court of Appeals for the Fourth Circuit in this case dated February 5, 2019, the Clerk is directed to reinstate this case to the active docket of the court.

The Clerk is further directed to send copies of this Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 5th day of February, 2019.

                        ENTER:

                        */s/ David A. Faber*
                        David A. Faber
                        Senior United States District Judge