IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

FREEDOM FROM RELIGION FOUNDATION,
INC., et al.,

    Plaintiffs,

v.                    CIVIL ACTION NO. 1:17-0642

MERCER COUNTY BOARD OF EDUCATION,
et al.,

    Defendants.

### O R D E R

The court has received and reviewed the Rule 26(f) Report filed in this case pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule of Civil Procedure 16.1(c). By Order entered on March 15, 2019, the court cancelled the scheduling conference. Upon further review, the court understands that the parties have requested a scheduling conference prior to the entry of a Scheduling Order. Accordingly, it is hereby ORDERED that a Scheduling Conference will be held on April 9, 2019, at 3:00 p.m. in Bluefield.

The Clerk is directed to send a copy of this Order to counsel of record.

IT IS SO ORDERED this 19th day of March, 2019.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge