IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION § <br> FOUNDATION, INC., et al., § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> MERCER COUNTY BOARD § <br> OF EDUCATION, et al., § <br> § <br> Defendants. § | Civil Action No.: 1:17-cv-00642 <br><br> Hon. David A. Faber |

## CERTIFICATE OF SERVICE

I, Kermit J. Moore, counsel for Defendants, do hereby certify that this 23rd day of April, 2019, I electronically filed this certificate with the Clerk of the Court using the CM/ECF system confirming service of *Defendants' Rule 26(a)(1) Initial Disclosures* upon counsel of record, via email on April 17, 2019, as follows:

Christopher Line
Patrick C. Elliott
Freedom From Religion Foundation
10 North Henry Street
Madison, WI 53703
chris@ffrf.org
patrick@ffrf.org

David L. Grubb
Kristina Thomas Whiteaker
The Grubb Law Group
1114 Kanawha Boulevard, East
Charleston, WV 25301
dgrubb@grubblawgroup.com
kwhiteaker@grubblawgroup.com

Marcus Bentley Schneider
Steele Schneider
428 Forbes Avenue, Suite 700
Pittsburgh, PA 15219
marcschneider@steeleschneider.com

/s/ Kermit J. Moore
Kermit J. Moore (WV State Bar No. 2611)
W. Blake Belcher (WV State Bar No. 12212)
Brewster, Morhous, Cameron, Caruth,
     Moore, Kersey & Stafford, PLLC
418 Bland Street
Post Office Box 529
Bluefield, West Virginia 24701
(304) 325-9177
(304) 324-0362 *fax*