# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

May 30, 2019

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Mercer County Board of Education, et al.
           v. Elizabeth Deal, et al.
           No. 18-1487
           (Your No. 17-2429)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on May 29, 2019 and placed on the docket May 30, 2019 as No. 18-1487.

                                Sincerely,

                                **Scott S. Harris**, Clerk

                                by

                                Redmond K. Barnes
                                Case Analyst