**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION**

FREEDOM FROM RELIGION
FOUNDATION, INC., et al.,

                                    *Plaintiffs,*

        vs.                                                    Civil Action No. 1:17-cv-00642

                                                               Hon. David A. Faber

MERCER COUNTY BOARD OF
EDUCATION, et al.,

                                    *Defendants.*

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs Elizabeth Deal and Jessica Roe hereby certifies

this 14th day of June, 2019, that counsel for Plaintiffs served <u>Plaintiff's Second Requests

for Production of Documents, Set of Interrogatories, and Request for Admission to

Defendant Mercer County Board of Education,</u> Plaintiff's First Requests for Production

of Documents, Set of Interrogatories, and Request for Admission to Defendant Mercer

County Schools, and <u>Plaintiff's First Requests for Production of Documents, Set of

Interrogatories, and Request for Admission to Defendant Deborah Akers</u> upon counsel of

record via email and mail to the following persons:


Hiram S. Sasser, III, Esquire
Jeremiah G. Dys, Esquire
Reed N. Smith, Esquire
First Liberty Institute
2001 West Plano Parkway, Suite 1600
Plano, TX 75075

Kermit J. Moore, Esquire
W. Blake Belcher, Esquire
Brewster Morhous Cameron
Post Office Box 529
Bluefield, WV 24701

*/s/ Marcus B. Schneider, Esquire*
Marcus B. Schneider, Esquire
W.V. I.D. No. 12814
STEELE SCHNEIDER
428 Forbes Avenue, Suite 700
Pittsburgh, PA 15219
(412) 235-7682
(412) 235-7693/facsimile
marcschneider@steeleschneider.com

Patrick C. Elliott, Esquire*
Christopher Line, Esquire*
Freedom From Religion Foundation
PO Box 750
Madison, Wisconsin 53701
patrick@ffrf.org
chris@ffrf.org
*Visiting attorneys