IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

| | | |
|---|---|---|
| ELIZABETH DEAL, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No.: 1:17-cv-00642 |
| MERCER COUNTY BOARD OF EDUCATION, et al., | § § § | Hon. David A. Faber |
| Defendants. | § § | |

**CERTIFICATE OF SERVICE**

I Kermit J. Moore, counsel for Defendants, do hereby certify that this 17th day of June, 2019, I electronically filed this certificate with the Clerk of the Court using the CM/ECF system confirming service of ***Defendants' Responses to Plaintiffs' First Requests for Production of Documents, First Set of Interrogatories, and First Request for Admissions*** upon counsel of record, via e-mail on 17 June, 2019, as follows:

Hiram S. Sasser, III
Jeremiah G. Dys
Reed N. Smith
First Liberty Institute
2001 West Plano Parkway, Suite 1600
Plano, Texas 75075
hsasser@firstliberty.org
jdys@firstliberty.org
rsmith@firstliberty.org

Marcus B. Schneider
Steele Schneider
428 Forbes Avenue, Suite 700
Pittsburgh, Pennsylvania 15219
marcshneider@steeleschneider.com

Patrick C. Elliott
Christopher Line
Freedom from Religion Foundation
Post Office Box 750
Madison, Wisconsin 53701
Patrick@ffrf.org
chris@ffrg.org

/s/ Kermit J. Moore