IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

FREEDOM FROM RELIGION
FOUNDATION, INC., et al.,

    Plaintiffs,

v.

MERCER COUNTY BOARD
OF EDUCATION, et al.,

    Defendants.

Civil Action No.: 1:17-cv-00642

Hon. David A. Faber

## CERTIFICATE OF SERVICE

I, Kermit J. Moore, counsel for defendant, Mercer County Board of Education, hereby certify that on the 15th day of July, 2019, I electronically filed the Certificate of Service with the Clerk of the Court using CM/ECF system confirming service of MERCER COUNTY SCHOOL'S RESPONSES TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS, INTERROGATORIES, AND REQUESTS FOR ADMISSIONS TO DEFENDANT MERCER COUNTY SCHOOLS upon counsel of record, via e-mail:

    Marcus B. Schneider, Esquire
    Steele Schneider
    428 Forbes Avenue, Suite 700
    Pittsburgh, Pennsylvania 15219
    marcschneider@steeleschneider.com

    Patrick C. Elliott, Esquire
    Christopher Line, Esquire
    Freedom From Religion Foundation
    Post Office Box 750
    Madison, Wisconsin 53701
    Patrick@ffrf.org
    chris@ffrf.org

Kristina T. Whiteaker, Esquire
David L. Grubb, Esquire
The Grubb Law Group
1114 Kanawha Boulevard, East
Charleston, West Virginia 25301
kwhiteaker@grubblawgroup.com
dgrubb@grubblawgroup.com

Hiram S. Sasser, III, Esquire
Jeremiah G. Dys, Esquire
Reed N. Smith, Esquire
First Liberty Institute
2001 West Plano Parkway, Suite 1600
Plano, Texas 75075
hsasser@firstliberty.org
jdys@firstliberty.org
reednsmith@gmail.com

/s/ Kermit J. Moore