IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., | |
| Plaintiffs, | |
| v. | Civil Action No.: 1:17-cv-00642 |
| | Hon. David A. Faber |
| MERCER COUNTY BOARD OF EDUCATION, et al., | |
| Defendants. | |

## JOINT STIPULATION

The parties, by counsel, hereby jointly stipulate that the Plaintiffs' Motion to Compel or Motion for Extension of Discovery (ECF No. 102) is resolved by the Court's recent Memorandum Opinion and Order (ECF No. 103).

                                                      MERCER COUNTY BOARD
                                                      OF EDUCATION;
                                                      MERCER COUNTY SCHOOLS;
                                                      and DEBORAH S. AKERS, in her
                                                      individual capacity,
                                                      By Counsel.

/s/ Kermit J. Moore
Kermit J. Moore (WV State Bar No. 2611)
W. Blake Belcher (WV State Bar No. 12212)
Brewster, Morhous, Cameron, Caruth,
       Moore, Kersey & Stafford, PLLC
418 Bland Street
Post Office Box 529
Bluefield, West Virginia 24701
(304) 325-9177
(304) 324-0362 *fax*

                                  FREEDOM FROM RELIGION
                                  FOUNDATION, INC.
                                  By Counsel

/s/Marcus B. Schneider
Marcus B. Schneider, Esquire
West Virginia State Bar No.: 12814
Steele Schneider
428 Forbes Avenue, Suite 700
Pittsburgh, Pennsylvania 15219
(412) 235-7682
(412) 235-7693 Fax

**<u>CERTIFICATE OF SERVICE</u>**

       I, Kermit J. Moore, counsel for defendants, hereby certify that on the 9th day of August, 2019, I electronically filed the JOINT STIPULATION with the Clerk of the Court using CM/ECF system, which, in turn, will send notification of such filing to the following CM/ECF participants:

        Marcus B. Schneider, Esquire
        Steele Schneider
        428 Forbes Avenue, Suite 700
        Pittsburgh, Pennsylvania 15219

        Patrick C. Elliott, Esquire
        Christopher Line, Esquire
        Freedom from Religion Foundation
        Post Office Box 750
        Madison, Wisconsin 53701

        Kristina T. Whiteaker, Esquire
        David L. Grubb, Esquire
        The Grubb Law Group
        1114 Kanawha Boulevard, East
        Charleston, West Virginia 25301

        Hiram S. Sasser, III, Esquire
        Jeremiah G. Dys, Esquire
        Reed N. Smith, Esquire
        First Liberty Institute
        2001 West Plano Parkway, Suite 1600
        Plano, Texas 75075

                                              /s/ Kermit J. Moore