# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BLUEFIELD DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., | |
| *Plaintiffs,* | Civil Action No. 1:17-cv-00642 |
| vs. | Hon. David A. Faber |
| MERCER COUNTY BOARD OF EDUCATION, et al., | |
| *Defendants.* | |

## PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATION

COMES NOW Plaintiffs, by and through their counsel, and respectfully moves this Honorable Court for leave to exceed the twenty (20) page limit set forth in Local Rule of Civ. P. 9.4 of the Local Rules of Procedure for the United States District Court for the Southern District of West Virginia related to their contemporaneously-filed "Memorandum In Opposition To Defendants' Motion To Dismiss."

In support of this motion, Plaintiffs respectfully submits that they requireed an additional twenty-five pages (25) to fully address the relevant factual and legal arguments in support of its Memorandum. Plaintiffs recently completed their limited discovery on mootness, which produced numerous relevant facts that are essential to the Court's consideration of Defendants' motion. Plaintiff was delayed in requesting permission to exceed the established page limits because Plaintiffs only recently received 174 pages of

1

deposition transcripts, which were material to their opposition. As such, Plaintiff states that the additional pages were both reasonable and necessary.

**WHEREFORE**, and for good cause shown, Plaintiffs respectfully request that the Court grant their motion.

Respectfully submitted,

| | |
|---|---|
| Patrick C. Elliott, Esquire | */s/ Marcus B. Schneider, Esquire* |
| Christopher C. Line, Esquire | Marcus B. Schneider, Esquire |
| Freedom From Religion Foundation | W.V. I.D. No. 12814 |
| PO Box 750 | STEELE SCHNEIDER |
| Madison, WI 53701 | 420 Fort Duquesne Blvd., Suite 500 |
| 608-256-8900 | Pittsburgh, PA 15222 |
| patrick@ffrf.org | (412) 235-7682 |
| chris@ffrf.org | (412) 235-7693 (Fax) |
| *Visiting attorneys | marcschneider@steeleschneider.com |