IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., *Plaintiffs,* vs. MERCER COUNTY BOARD OF EDUCATION, et al., *Defendants.* | Civil Action No. 1:17-cv-00642 Hon. David A. Faber |

**PROPOSED ORDER**

AND NOW, upon consideration of Plaintiffs' Motion to Exceed Page Limitation, the same is hereby GRANTED. Plaintiffs may file a Memorandum in Opposition to Defendants' Motion to Dismiss that exceeds the twenty (20) page limit set forth in Rule 9.4 of the Locals Rule of Civil Procedure by twenty-five (25) pages. _____

_____

_____J.