# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BLUEFIELD DIVISION

**FREEDOM FROM RELIGION**
**FOUNDATION, INC., et al.,**

    **Plaintiffs,**

v.                                        **Civil Action No. 1:17-cv-00642**

**MERCER COUNTY BOARD**
**OF EDUCATION, et al.,**

    **Defendants.**

## ORDER

Pending before the Court is Plaintiffs' Motion to Compel or Motion for Extension of Discovery (ECF No. 102).

On August 9, 2019, the parties filed a Joint Stipulation (ECF No. 104) indicating that Plaintiffs' Motion was resolved by the Memorandum Opinion and Order entered by The Honorable David A. Faber, Senior United States District Judge, on July 31, 2019 (ECF No. 103).

Therefore, it is **ORDERED** that Plaintiffs' Motion to Compel or Motion for Extension of Discovery (ECF No. 102) is **DENIED as moot**.

The Clerk is directed to transmit a copy of this Order to counsel of record.

Enter: October 17, 2019

                                                     Dwane L. Tinsley
                                                   United States Magistrate Judge