IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., | |
| Plaintiffs, | |
| v. | Civil Action No.: 1:17-cv-00642 |
| | Hon. David A. Faber |
| MERCER COUNTY BOARD OF EDUCATION, et al., | |
| Defendants. | |

## JOINT STIPULATION

The parties, by counsel, hereby jointly stipulate that the Defendants shall have thirty (30) days from October 15, 2019, to file a reply to the Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss.

        MERCER COUNTY BOARD
        OF EDUCATION;
        MERCER COUNTY SCHOOLS;
        and DEBORAH S. AKERS, in her
        individual capacity,
        By Counsel.

/s/ Kermit J. Moore
Kermit J. Moore (WV State Bar No. 2611)
W. Blake Belcher (WV State Bar No. 12212)
Brewster, Morhous, Cameron, Caruth,
       Moore, Kersey & Stafford, PLLC
418 Bland Street
Post Office Box 529
Bluefield, West Virginia 24701
(304) 325-9177
(304) 324-0362 *fax*

FREEDOM FROM RELIGION
FOUNDATION, INC.
By Counsel

/s/Marcus B. Schneider
Marcus B. Schneider, Esquire
West Virginia State Bar No.:  12814
Steele Schneider
428 Forbes Avenue, Suite 700
Pittsburgh, Pennsylvania 15219
(412) 235-7682
(412) 235-7693 Fax

## CERTIFICATE OF SERVICE

I, Kermit J. Moore, counsel for defendants, hereby certify that on the 17th day of October, 2019, I electronically filed the JOINT STIPULATION with the Clerk of the Court using CM/ECF system, which, in turn, will send notification of such filing to the following CM/ECF participants:

>Marcus B. Schneider, Esquire
>Steele Schneider
>428 Forbes Avenue, Suite 700
>Pittsburgh, Pennsylvania 15219
>
>Patrick C. Elliott, Esquire
>Christopher Line, Esquire
>Freedom from Religion Foundation
>Post Office Box 750
>Madison, Wisconsin 53701
>
>Hiram S. Sasser, III, Esquire
>Jeremiah G. Dys, Esquire
>Reed N. Smith, Esquire
>First Liberty Institute
>2001 West Plano Parkway, Suite 1600
>Plano, Texas 75075

/s/ Kermit J. Moore