IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION § <br> FOUNDATION, INC., et al., § <br> § <br> Plaintiffs, § <br> § Civil Action No.: 1:17-cv-00642 <br> v. § <br> § Hon. David A. Faber <br> § <br> MERCER COUNTY BOARD § <br> OF EDUCATION, et al., § <br> § <br> Defendants. § | |

**DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION**

COMES NOW Defendants, by and through their counsel, and respectfully moves this Honorable Court for leave to exceed the twenty (20) page limit set forth in Local Rule of Civ. P. 9.4 of the Local Rules of Procedure for the United States District Court for the Southern District of West Virginia related to their contemporaneously-filed "Reply In Support of Defendants' Motion To Dismiss."

In support of this motion, Defendants respectfully submit that they required an additional ten pages (10) to fully oppose the relevant factual and legal arguments Plaintiffs' raise in their forty-five (45) page Memorandum. Plaintiffs' Memorandum and accompanying exhibits totaled one hundred ninety-seven (197) pages. Defendants state that the additional pages requested are both reasonable and necessary to render a complete Reply.

WHEREFORE, and for good cause shown, Defendants respectfully request the Court grant their motion.

Respectfully submitted,

**BREWSTER, MORHOUS, CAMERON, CARUTH, MOORE, KERSEY & STAFFORD PLLC**

By: /s/ Kermit J. Moore
KERMIT J. MOORE (W.Va. Bar No. 2611)
kmoore@brewstermorhous.com
418 Bland Street
P.O. Box 529
Bluefield, WV 24701
Tel:  (304) 325-9177

**FIRST LIBERTY INSTITUTE**

By:  /s/ Hiram S. Sasser
HIRAM S. SASSER III (*pro hac vice*)
hsasser@firstliberty.org
JEREMIAH G. DYS
(W.Va. Bar No. 9998; Tex. Bar No. 24096415)
jdys@firstliberty.org
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-4444

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2019 the foregoing **DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.

By: /s/ Kermit J. Moore
KERMIT J. MOORE (W.Va. Bar No. 2611)