IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., | § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § § | Civil Action No.: 1:17-cv-00642<br><br>Hon. David A. Faber |
| MERCER COUNTY BOARD OF EDUCATION, et al., | § § § § | |
| *Defendants.* | § | |

**DECLARATION OF JEREMIAH G. DYS IN SUPPORT OF DEFENDANTS'
STATEMENT CONCERNING PLAINTIFFS' BASES FOR SUR-REPLY**

I, Jeremiah G. Dys, declare under penalty of perjury that the following is true and correct.

1. I am Special Counsel for Litigation and Communications at First Liberty Institute, counsel to Defendants Mercer County Board of Education, Mercer County Schools, and Deborah S. Akers ("Defendants") in the above-captioned matter. I am a member in good standing of the Bar of West Virginia and admitted to practice before the Southern District of West Virginia.

2. I respectfully submit this declaration in support of Defendants' Statement Concerning Plaintiffs' Bases for Sur-reply.

3. Plaintiffs deposed Defendant Dr. Deborah Akers ("Dr. Akers") as the Federal Rule of Civil Procedure 30(b)(6) witness of Defendant Mercer County Board of Education. *see* ECF No. 108.

4. Attached hereto as Exhibit A is a true and correct copy of the first and last page of the transcript of Dr. Akers's deposition.

Dated: November 22, 2019

      Respectfully submitted,

      By:  /s/ Jeremiah G. Dys
      JEREMIAH G. DYS (W.Va. Bar No. 9998)
      jdys@firstliberty.org
      FIRST LIBERTY INSTITUTE
      2001 W.Plano Pkwy, Ste. 1600
      Plano, TX 75075
      Tel: (972) 941-4444