EXHIBIT A

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                      BLUEFIELD DIVISION

 3

 4   FREEDOM FROM RELIGION             :

 5   FOUNDATION, INC., et al.,         :

 6            Plaintiffs               :   CIVIL ACTION NO.

 7         v                           :   1-17-CV-00642

 8   MERCER COUNTY BOARD OF            :

 9   EDUCATION, et al.,                :

10            Defendants.              :

11

12
                            *   *   *
13                       Deposition of

14                     Dr. Deborah Akers

15              Wednesday, September 25, 2019

16                          *   *   *

17   a witness herein, taken on behalf of the Plaintiffs in
     the above-entitled cause of action pursuant to notice
18   and the Federal Rules of Civil Procedure by and before
     Amy J. Recupero, Certified Reporter and Notary Public
19   within and for the State of West Virginia taken at
     Brewster, Morhouse, Cameron, Caruth, Moore, Kersey &
20   Stafford, PLLC, 418 Bland Street, West Virginia 24701
     commencing at 11:34 a.m.
21

22

23

24
```

```
 1  THE STATE OF        :
    WEST VIRGINIA       :
 2                      :  SS:  C E R T I F I C A T E
    COUNTY OF MERCER    :
 3

 4          I, Amy J. Recupero, Certified Shorthand
    Reporter, (MA) and Notary Public within and for the
 5  State of West Virginia, duly commissioned and
    qualified, do hereby certify that the within-named
 6  witness, Dr. Deborah Akers, was by me first duly sworn
    to testify to the truth, the whole truth, and nothing
 7  but the truth in the cause aforesaid.

 8          I further certify that I am not a relative,
    counsel, or attorney of either party or otherwise
 9  interested in the event of this action.

10          I, to the best of my ability, do further
    certify that the attached transcript meets the
11  requirements set forth in Article 27, Chapter 47 of the
    West Virginia Code.
12
            IN WITNESS THEREOF, I have hereunto set my
13  hand and affixed my seal of office at Bluefield, West
    Virginia, on the 4th day of October, 2019.
14

15                    [signature: Amy J. Recupero]

16                    _____
                      Amy J. Recupero, CSR (MA)
17                    Notary Public within and for
                       the State of West Virginia
18

19  My Commission Expires:

20  January 17, 2024.

21

22

23

24
```