IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

FREEDOM FROM RELIGION
FOUNDATION, INC., et al.,

    Plaintiffs,

v.                            CIVIL ACTION NO. 1:17-00642

MERCER COUNTY BOARD OF
EDUCATION, et al.,

    Defendants.

### ORDER

Pending before the court is plaintiffs' motion to file a surreply memorandum. (ECF No. 119). There being no objection by defendants* and for good cause shown, that motion is **GRANTED.**

The Clerk is directed to send a copy of this Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 25th day of November, 2019.

                ENTER:

                David A. Faber
                Senior United States District Judge

---

* While not formally objecting, defendants do question the need for a surreply. See ECF No. 120. In any event, the court believes that a surreply may be helpful.