```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT BLUEFIELD
```

FREEDOM FROM RELIGION FOUNDATION,
INC., et al.,

    Plaintiffs,

v.                              CIVIL ACTION NO. 1:17-00642

MERCER COUNTY BOARD OF
EDUCATION, et al.,

    Defendants.

## O R D E R

The court has received and reviewed the Rule 26(f) Report filed in this case pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule of Civil Procedure 16.1(c). Accordingly, it is hereby ORDERED that the Scheduling Conference previously scheduled for 12:30 p.m. on October 16, 2020, is CANCELLED.

The Clerk is directed to send a copy of this Order to counsel of record.

IT IS SO ORDERED this 7th day of October, 2020.

    ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge