IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

FREEDOM FROM RELIGION
FOUNDATION, INC., et al.,

    Plaintiffs,

v.

    Civil Action No.: 1:17-cv-00642

    Hon. David A. Faber

MERCER COUNTY BOARD
OF EDUCATION, et al.,

    Defendants.

## ORDER OF DISMISSAL

On a former day came the parties, by counsel, and advised the Court that all matters in controversy herein have been completely compromised and settled between those parties and jointly moved the Court for dismissal of this action, with prejudice.

The Court finds from the representations of counsel that all matters in controversy between those parties have in fact been compromised and settled. It is therefore ORDERED and ADJUDGED that this civil action be, and the same hereby is, dismissed from the docket of this Court, with prejudice.

ENTER: This 16th day of May, 2022.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge

PREPARED BY:

_____
Kermit J. Moore
West Virginia State Bar No. 2611
Brewster Morhous PLLC
418 Bland Street
Post Office Box 529
Bluefield, West Virginia 24701
(304) 325-9177


APPROVED BY:

_____
Marcus B. Schneider, Esquire
West Virginia State Bar No.: 12814
Steele Schneider
420 Fort Duquesne Blvd, Suite 500
Pittsburgh, Pennsylvania 15222-1481
(412) 235-7682